GEORGE T. COULTER *v.* EDELBERT EUGENE SCHOFIELD, DEFENDANT; THE BANK OF HAWAII, LIMITED, GARNISHEE.

No. 2030.

ARGUED NOVEMBER 25, 1931.                    DECIDED MARCH 5, 1932.

PERRY, C. J., BANKS AND PARSONS, JJ.

*Per Curiam.* The questions of law presented by the exceptions in this case are the same as those presented by the exceptions in case No. 2029, entitled George T. Coulter v. Emma McCord Schofield, heretofore decided by this court, as appears in its opinion on page 296, *ante.*

Upon authority of the foregoing opinion of the court in case No. 2029 the exceptions in case No. 2030 are sustained, the judgment therein is set aside and a new trial is granted, the chief justice dissenting as in case No. 2029.

*J. R. Cades* (*Smith & Wild* on the briefs) for plaintiff.

*H. E. Stafford* (*R. J. O'Brien* on the brief) for defendant.